1  JASON D. WOODBURY
   DISTRICT ATTORNEY
2  Nevada Bar No. 6870
   885 E. Musser Street, Suite 2030
3  Carson City, NV 89701
   (775) 887-2072
4  Attorney for Plaintiff

REC'D & FILED

2015 JUN -1 PM 2: 49

SUSAN MERRIWETHER
CLERK
BY_____ DEPUTY

IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR CARSON CITY

STATE OF NEVADA,

　　Plaintiff,

　　v.

CIRILO RUIZ
~~GIRILIO~~ VIRAMONTES-~~RUIS~~ aka
ALDOLFO CARRILLO,

　　Defendant.

Case No. 15CR 00120 1B

Dept. No. II

**CRIMINAL INFORMATION**

STATE OF NEVADA　)
　　　　　　　　　　):ss
CARSON CITY　　　　)

　　JASON D. WOODBURY, District Attorney in and for Carson City, State of Nevada, by AMY K. STEELMAN, Deputy District Attorney, in the name and by the authority of the State of Nevada, informs the Court that ~~GIRILIO~~ CIRILO VIRAMONTES-~~RUIS~~ RUIZ aka ALDOLFO CARRILLO, the Defendant, above-named, on or about the 9th day of February, 2015, and before the filing of this Information, at Carson Township, in Carson City, State of Nevada, has committed the crime of **TRAFFICKING IN A SCHEDULE 1 CONTROLLED SUBSTANCE – 4 GRAMS TO 14 GRAMS**, a category B Felony as defined by NRS 453.3385(1), in the manner following:

///
///
///
///

Office of the District Attorney
Carson City, Nevada
885 East Musser St., Suite 2030, Carson City, Nevada 89701
Tel.: (775) 887-2072 Fax: (775) 887-2129

JOINT EXHIBIT 1

1

## Count I

### TRAFFICKING IN A SCHEDULE 1 CONTROLLED SUBSTANCE

### 4 GRAMS TO 14 GRAMS

### ("B" Felony – NRS 453.3385(1))

That the Defendant, Cirilo Viramontes-Ruiz aka Aldolfo Carrillo, on or about February 9, 2015, did knowingly or intentionally, actually or constructively possess a schedule I controlled substance, except marijuana, or a mixture containing such substance, in a quantity weighing four (4) grams or more but less than fourteen (14) grams, in the manner following, to-wit: the Defendant knowingly or intentionally within his vehicle possessed a quantity of methamphetamine, a schedule I controlled substance, weighing four (4) grams or more but less than fourteen (14) grams, all of which occurred at or near 3680 Goni Road, Carson City, Nevada.

All of which is contrary to the form of the Statutes in such cases made and provided and against the peace and dignity of the State of Nevada.

DATED this 29th day of May, 2015.

JASON D. WOODBURY
District Attorney

By: *[signature]*
AMY K. STEELMAN
Deputy District Attorney
Nevada Bar No. 12927

The following are the names of such witnesses for the State of Nevada as are known to me at the time of filing this Information:

Sean Palamar
Carson City Sheriffs Office
911 E. Musser Street
Carson City, NV 89701

Rick Encinas
Carson City Sheriffs Office
911 E. Musser Street
Carson City, NV 89701

Charles Stetler
Tri-Net Narcotics Task Force
555 Wright Way
Carson City, NV 89701

Washoe County Crime Lab
911 Parr Boulevard
Reno, NV 89512

Acct No. Z551 DMV Nevada
555 Wright Way
Carson City, NV 89701

CCSO Dispatch Center
4645 Snyder Avenue
Carson City, NV 89701

Aldolfo Carrillo
1277 Woodside Drive #169
Carson City, NV 89701

3

REC'D & FILED

2016 NOV 22 AM 10: 56

SUSAN MERRIWETHER
CLERK
BY _____ DEPUTY

# In The First Judicial District Court of the State of Nevada

# In and for Carson City

| | |
|---|---|
| STATE OF NEVADA, | Case No.: 15 CR 00120 1B |
| Plaintiff, | Dept. No.: II |
| vs. | |
| CIRILO VIRAMONTES-RUIZ, | **JUDGMENT OF CONVICTION** |
| Defendant. | |

On the 27th day of September, 2016, the Defendant above-named appeared before this Court with his counsel, Scott Walker, and entered a plea of guilty, to the crime of **Trafficking in a Schedule 1 Controlled Substance - 4 Grams to 14 Grams, a category B felony**, committed February 9, 2015, in violation of NRS 453.3385(1).

On the 15th day of November, 2016, the Defendant appeared before the Court for sentencing with his counsel, Scott Walker, and the State was represented by Melanie Brantingham. No sufficient legal cause was shown by the Defendant as to why judgment should not be pronounced against him. The Court adjudged the Defendant guilty of the crime **Trafficking in a Schedule 1 Controlled Substance - 4 Grams to 14 Grams, a category B felony**.

The Court then sentenced the Defendant to imprisonment in the Nevada Department of Corrections for a period of twenty-four (24) months minimum and seventy-two (72) months

JOINT Court EXHIBIT 2

maximum and imposed a fine in the amount of Five Thousand and No/100 ($5,000.00) Dollars. A $3.00 genetic marker analysis fee, a $25.00 administrative assessment fee and $60.00 chemical analysis fee were imposed. The Defendant was ordered to report to the Fines and Fees Office immediately upon release to pay and/or make arrangements to pay the fines/fees imposed upon him. The Court enters judgment against the Defendant for the assessments and fees imposed. The Defendant was given credit for 76 day(s) pre-sentence confinement time.

Dated this 18th day of November, 2016.

/s/ William G. Madden
DISTRICT JUDGE

RECEIVED of _____, Sheriff of Carson City, State of Nevada, on this ____ day of _____, _____, one _____.

_____
DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS

By: _____